**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Jason Bryan Teal
12460 Pineview Drive
Laurinburg, NC 28352

CASE NO.: 15–00557–5–JNC

DATE FILED: February 2, 2015

CHAPTER: 13

Susan Annette Teal
12460 Pineview Drive
Laurinburg, NC 28352

ORDER OF DISMISSAL

The court finds that Jason Bryan Teal and Susan Annette Teal has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Jason Bryan Teal and Susan Annette Teal file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Jason Bryan Teal and Susan Annette Teal and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: June 30, 2016

Joseph N. Callaway
United States Bankruptcy Judge