United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                           Case No. 15-00557-JNC
Jason Bryan Teal                                                 Chapter 13
Susan Annette Teal
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: harris_do            Page 1 of 2                  Date Rcvd: Jun 30, 2016
                              Form ID: van063            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2016.
```
db/jdb         +Jason Bryan Teal,    Susan Annette Teal,    12460 Pineview Drive,    Laurinburg, NC 28352-7780
cr             +Self Help Credit Union,    301 West Main Street,    PO Box 3619,    Durham, NC 27702-3619
5127803        +AT&T Wireless,    1813 N Sandhills Boulevard,    Aberdeen, NC 28315-2335
5127800        +Alltel,   1001 Technology Dr,    Little Rock, AR 72223-5943
5211732         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
5127801        +Archway Group,    PO Box 025250 #14118,    Miami, FL 33102-5250
5127802        +At T by their agent,    Enhanced Recovery Corp,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
5127805         Carolina Jewelry Pawn,    11881 McColl Road,    Laurinburg, NC 28352
5127806        +Castle Payday,    6130 Elton Ave,    Las Vegas, NV 89107-2538
5127807        +Charlotte Radiology by their agent,    Stern & Associates,    415 N Edgeworth St Ste 2,
                 Greensboro, NC 27401-2071
5127808        +Clio Furniture Inc,    PO Box 67,    Clio, SC 29525-0067
5127809        +Directv by their agent,    Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
5127810        +Ercare  Pllc by their agent,    Credbursrv,    Po Box 451,    Durham, NC 27702-0451
5127811        +Family Eye Care Of The Car by their,    agent Interstate Credit Collections,
                 711 Coliseum Plaza Court,    Winston-Salem, NC 27106-5350
5255810         Family Eye Care of the Carolinas,    1902 North Sandhills Blvd. Suite E,
                 Aberdeen, NC 28315-2347
5127812        +Fedloan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
5127814         Hsbc Bank N.A./Roomstore East by,    their agent Stellar Recovery Inc,    1327 Highway 2 Wes,
                 Kalispell, MT 59901
5127815        +Hsbc Orchard Bank by their agent,    Innovative Credit Solu,    2900 Bristol Stree,
                 Costa Mesa, CA 92626-5981
5127816        +Hutchens Law Firm,    6230 Fairview Road, Suite 315,    Charlotte, NC 28210-3151
5127817        +Mecklenburg Radiology by their,    agent Stern & Associates,    415 N Edgeworth St Ste 2,
                 Greensboro, NC 27401-2071
5127818        +Murphy Chiropractic & Wellness,    617 East Broad Ave,    Rockingham, NC 28379-3758
5127819        +Murphy Chiropractic Wellness by,    their agent Capital Accounts,    Po Box 140065,
                 Nashville, TN 37214-0065
5127820        +Ned's Audio-Jewelry-Pawn,    1683 S. Main Street,    Laurinburg, NC 28352-5429
5127821       #+Optimum Outcomes,    421 Fayetteville St., Ste 600,    Raleigh, NC 27601-1777
5127822         Pinehurst Surgical,    51st Village Drive,    Pinehurst, NC 28374
5127823        +Purcell Clinic by their agent,    Choice Recovery,    1550 Old Henderson Rd St,
                 Columbus, OH 43220-3626
5127824        +Roundpoint Mtg,    5032 Parkway Plaza Bl Ste 200,    Corporation, NC 28217-1934
5127825        +Scotland County Court,    PO Box 769,    Laurinburg, NC 28353-0769
5127826        +Scotland Healthcare System by their,    agent Dba Paragon Revenue Gr,    Po Box 126,
                 Concord, NC 28026-0126
5127828        +Self Help Credit Union,    c/o RoundPoint Mortgage Servicing Corp,    5016 Parkway Plaza Blvd,
                 Suite 200,    Charlotte, NC 28217-1930
5127829        +Self-help Credit Union,    301 W Main St,    Durham, NC 27701-3215
5127830        +Time Warner Cable by their agent,    Eos Cca,    Po Box 981025,    Boston, MA 02298-1025
5127831         Time Warner Cable by their agent,    IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
5190078         U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
5127833        +UNC Hospitals,    101 Manning Drive,    Chapel Hill, NC 27514-4226
5127832        +Unc Healthcare by their agent,    Optimum Outcomes Inc,    223 W Jackson Blvd Ste 4,
                 Chicago, IL 60606-6908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: legal_bankruptcy@badcock.com Jul 01 2016 02:13:50     W.S. Badcock Corporation,
                 Managing Agent,    PO Box 724,    Mulberry, FL 33860-0724
5197224        +EDI: CINGMIDLAND.COM Jul 01 2016 02:13:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
5127804        +E-mail/Text: legal_bankruptcy@badcock.com Jul 01 2016 02:13:50     Badcockhome Furniture & More,
                 417 Atkinson Street,    Laurinburg, NC 28352-3713
5127813        +EDI: RMSC.COM Jul 01 2016 02:13:00      GECRB/Lowes,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
5127827        +EDI: SECFIN.COM Jul 01 2016 02:13:00      Security Finance,    Sfc Centralized Bankruptcy,
                 Po Box 1893,    Spartanburg, SC 29304-1893
5127834        +EDI: VERIZONEAST.COM Jul 01 2016 02:13:00      Verizon,    500 Technology Dr,   Ste 550,
                 Weldon Spring, MO 63304-2225
5140264        +E-mail/Text: legal_bankruptcy@badcock.com Jul 01 2016 02:13:50     W. S. Badcock Corporation,
                 Post Office Box 724,    Mulberry, FL 33860-0724
                                                                                              TOTAL: 7
```

```
District/off: 0417-5          User: harris_do              Page 2 of 2              Date Rcvd: Jun 30, 2016
                              Form ID: van063              Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +W. S. Badcock Corporation,    Post Office Box 724,    Mulberry, FL 33860-0724
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2016 at the address(es) listed below:
              Bruce   Allen    on behalf of Debtor Jason Bryan Teal wlfman@prodigy.net
              Bruce   Allen    on behalf of Joint Debtor Susan Annette Teal wlfman@prodigy.net
              Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com
              Stephen Troy Staley    on behalf of Creditor   RoundPoint Mortgage as servicing agent for Self
               Help Credit Union bkymail@hskplaw.com,
                troy.staley@ecf.inforuptcy.com;Renee.Thomas@hutchenslawfirm.com;Ben.ruocco@hutchenslawfirm.com
                                                                                             TOTAL: 4
```

**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Jason Bryan Teal
12460 Pineview Drive
Laurinburg, NC 28352

CASE NO.: 15–00557–5–JNC

DATE FILED: February 2, 2015

CHAPTER: 13

Susan Annette Teal
12460 Pineview Drive
Laurinburg, NC 28352

ORDER OF DISMISSAL

The court finds that Jason Bryan Teal and Susan Annette Teal has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Jason Bryan Teal and Susan Annette Teal file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Jason Bryan Teal and Susan Annette Teal and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: June 30, 2016

Joseph N. Callaway
United States Bankruptcy Judge